In the Matter of the Application of Robert Dranow, Appellant, for Admission to Practice as an Attorney.

Submitted October 5, 1953; decided October 16, 1953.

*Robert Dranow,* in person, for motion for leave to appeal. No one opposed.

Motion for leave to appeal dismissed.

Appeal taken as of right dismissed.